IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00352-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHRISTOPHER JOHN CEFARATT,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

On or about September 7, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

### COUNT 2

On or about September 7, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, did knowingly possess and transfer a machinegun, that is, an Anderson Manufacturing model AM-15 multi caliber rifle, bearing serial number 18298580.

All in violation of Title 18, United States Code, Section 922(o).

## COUNT 3

On or about September 7, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, knowingly sold a firearm, that is, an Anderson Manufacturing model AM-15 multi caliber rifle, bearing serial number 18298580, to a Confidential Informant, knowing and having reasonable cause to believe that the Confidential Informant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(d).

## COUNT 4

On or about September 13, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT 5

On or about September 27, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT 6

On or about September 27, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, knowingly sold a firearm, that is, a Palmetto State Armory, Model PA-15, multi caliber rifle, bearing serial number SCD162641, and a black in color Glock style firearm, 9mm caliber pistol, bearing no identifiable markings or serial number, to a Confidential Informant, knowing and having reasonable cause to believe that the Confidential Informant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Sections 922(d).

## COUNT 7

On or about October 18, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT 8

On or about November 1, 2022, in the State and District of Colorado, the defendant, CHRISTOPHER JOHN CEFARATT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## Forfeiture Allegation

1. The allegations contained in Counts 1 through 8 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in Counts 1 through 8 of this Indictment, involving violations of 18 U.S.C. §§ 922(a)(1)(A), 922(d), and 922(o), the defendant, CHRISTOPHER JOHN CEFARATT, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) Anderson Manufacturing model AM-15 rifle, multi caliber, bearing serial number 18298580; (2) Palmetto State Armory, Model AKV rifle, 9mm caliber, bearing serial number AKV013190; (3) A black in color AR-style pistol, 5.56 caliber, bearing no identifiable markings or serial number; (4) Palmetto State Armory, Model PA-15 rifle, multi caliber, bearing serial number SCD162641; (5) A black in color Glock style pistol, 9mm caliber, bearing no identifiable markings or serial number; (6) Smith & Wesson model MP15 rifle, 9mm caliber, bearing serial number SN28510; (7) Moore's Machine Company model MMC M4 rifle, 5.56 caliber, bearing serial number 0306133290; (8) Personal Made Firearm (PMF), .223 caliber rifle, bearing no identifiable markings or serial number; (9) Zastava model ZPAPA, 7.62 caliber pistol, bearing serial number Z92-081975; (10) IWI model Tavor TS12, 12 gauge shotgun, bearing serial number H0002513; (11) Privately Made Firearm (PMF), multi caliber rifle, bearing no

identifiable markings or serial number; (12) Privately Made Firearm (PMF), 9mm caliber pistol, bearing no identifiable markings or serial number; (13) AR-15 style rifle, unknown caliber, bearing no identifiable markings or serial number; (14) Smith & Wesson .44 magnum caliber revolver bearing serial number 55822; (15) Remington 870 12 gauge shotgun bearing serial number AB739002M; (16) Glock Model 26, 9mm pistol bearing serial number BUDA156; (17) AR-15 style Privately Made Firearm (PMF), unknown caliber, bearing no identifiable markings or serial number; (18) Maverick model 88 20 gauge shotgun, bearing an obliterated serial number, and; (19) any ammunition seized on September 7, September 13, September 27, October 18, November 1, and November 9, 2022.

      3.     If any of the property described in Paragraphs 1 through 2 above, as a result of any act or omission of the defendant:

      a)     cannot be located upon the exercise of due diligence;
      b)     has been transferred or sold to, or deposited with, a third party;
      c)     has been placed beyond the jurisdiction of the Court;
      d)     has been substantially diminished in value; or
      e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

Cole Finegan
United States Attorney

<u>*s/Conor A. Flanigan*</u>
Conor A. Flanigan
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   conor.flanigan@usdoj.gov