IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00352-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CHRISTOPHER JOHN CEFARATT,

       Defendant.
_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

    COMES NOW the United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, and moves this Court to enter a Preliminary Order of Forfeiture.

    1. On December 6, 2022, an Indictment was filed charging defendant Christopher John Cefaratt with the following: Counts One, Four, Five, Seven, and Eight, dealing firearms without a license, a violation of 18 U.S.C. § 922(a)(1)(A); Count Two, possession of a machine gun, a violation of 18 U.S.C. § 922(o); and Counts Three and Six, selling a firearm to a convicted felon, a violation of 18 U.S.C. § 922(d). (ECF Doc. 15).

    2. The United States also sought forfeiture from defendant Christopher John Cefaratt, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of the following:

    a. Anderson Manufacturing model AM-15, multi caliber, bearing serial number 18298580;
    b. Palmetto State Amory, Model AKV rifle, 9mm caliber, serial number AKV013190;

1

      c. A black in color AR-style rifle, 5.56 caliber with no identifiable markings or serial number;
      d. Palmetto State Armory, Model PA-15 rifle, multi caliber, bearing serial number SCD162641;
      e. A black in color Glock style pistol, 9mm caliber, bearing no identifiable markings or serial number;
      f. Smith & Wesson model MP15 rifle, 9mm caliber, bearing serial number SN28510;
      g. Moore's Machine Company model MMC M4 rifle, 5.56 caliber, bearing serial number 0306133290;
      h. Personal Made Firearm (PMF), .223 caliber rifle, bearing no identifiable markings or serial number;
      i. Zastava, model ZPAPA. 7.62 caliber pistol, bearing serial number Z92-081975;
      j. IWI model Tavor TS12, 12-gauge shotgun, bearing serial number H0002513;
      k. Privately Made Firearm (PMF), multi caliber rifle, bearing no identifiable markings or serial number;
      l. Privately Made Firearm (PMF), 9mm caliber pistol, bearing no identifiable markings or serial number;
      m. AR-15 style rifle, unknown caliber, bearing no identifiable markings or serial number;
      n. Smith & Wesson .44 magnum caliber revolver, bearing serial number 55822;
      o. Remington 870 12-gauge shotgun, bearing serial number AB739002M;
      p. Glock, Model 26 9mm pistol, bearing serial number BUDA156;
      q. AR-15 style Privately made Firearm (PMF) unknown caliber, bearing no identifiable markings or serial number, and
      r. Maverick Arms, model 8, 20-gauge shotgun, bearing an obliterated serial number, involved in the commission of the offenses in Count One; and
      s. Any ammunition seized on September 7, September 13, September 27, October 18, November 1, and November 9, 2022.[1] *Id*. at 4-5.

      3.    On June 23, 2023, the United States and defendant Christopher John Cefaratt entered into a Plea Agreement. The Plea Agreement provides, *inter alia*, that the defendant plead guilty to Counts One, Four, Five, Seven, and Eight of the Indictment, violations of 18 U.S.C. § 922(a)(1)(A), and further agreed to the forfeiture of the above listed items. (ECF Doc. 43, at p.4-5).

---

[1] The firearms listed in a., d., and g. were reported stolen. Therefore, the government will not seek a forfeiture order for those items.

4.      According to 18 U.S.C. § 924(d), any firearm or ammunition involved in, or used in, a violation of 18 U.S.C. § 922(a)(1)(A) shall be subject to forfeiture.  Title 28, United States Code, Section 2461(a) allows for the criminal forfeiture of any property that can be civilly forfeited.

5.      Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court must determine what property is subject to forfeiture under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) as soon as practicable after a plea of guilty.  Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture.  Fed. R. Crim. P. 32.2(b)(2)(A).

6.      It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant."  Fed. R. Crim. P. 32.2(b)(2)(B).

7.      As set forth in the Plea Agreement, the defendant Christopher John Cerfaratt and United States agree that between September 7, 2022 and November 1, 2022, the defendant was a dealer in firearms, engaged in the business of selling firearms at wholesale or retail.  Defendant further admitted he engaged in such business without a license issued under federal law.  Defendant admits he did so willfully, that he was dealing in firearms with the knowledge that his conduct was unlawful.  As part of the investigation into defendant's firearms dealing, 19 firearms, including 12 purchased and 7 recovered from the search warrants were seized.  (ECF Doc. 43 at p.10-11).

8.      Accordingly, the defendant's interest in the following seized or purchased firearms and ammunition is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

3

a) Palmetto State Amory, Model AKV rifle, 9mm caliber, serial number AKV013190;
b) A black in color AR-style rifle, 5.56 caliber with no identifiable markings or serial number;
c) A black in color Glock style pistol, 9mm caliber, bearing no identifiable markings or serial number;
d) Smith & Wesson model MP15 rifle, 9mm caliber, bearing serial number SN28510;
e) Personal Made Firearm (PMF), .223 caliber rifle, bearing no identifiable markings or serial number;
f) Zastava, model ZPAPA. 7.62 caliber pistol, bearing serial number Z92-081975;
g) IWI model Tavor TS12, 12-gauge shotgun, bearing serial number H0002513;
h) Privately Made Firearm (PMF), multi caliber rifle, bearing no identifiable markings or serial number;
i) Privately Made Firearm (PMF), 9mm caliber pistol, bearing no identifiable markings or serial number;
j) AR-15 style rifle, unknown caliber, bearing no identifiable markings or serial number;
k) Smith & Wesson .44 magnum caliber revolver, bearing serial number 55822;
l) Remington 870 12-gauge shotgun, bearing serial number AB739002M;
m) Glock, model 26 9mm pistol, bearing serial number BUDA156;
n) AR-15 style Privately made Firearm (PMF) unknown caliber, bearing no identifiable markings or serial number, and
o) Maverick Arms, model 8, 20-gauge shotgun, bearing an obliterated serial number; and
p) Any ammunition seized on September 7, September 13, September 27, October 18, November 1, and November 9, 2022.

9.   A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture. In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

DATED this 5th day of September 2023.

Respectfully submitted,

4

5

                COLE FINEGAN
                United States Attorney

By:   s/ *Laura B. Hurd*
       Laura B. Hurd
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: Laura.Hurd@usdoj.gov
       *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of September 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                    s/*Sheri Gidan*
                                    FSA Paralegal
                                    Office of the U.S. Attorney